IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOANN HORN,

        Plaintiff,

vs.                              Case No. 12-CV-2070 JAR/KMH

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.

## **NOTICE OF SETTLEMENT**

The parties hereby inform the Court that the parties have settled the lawsuit and will file a joint dismissal pursuant to the Settlement Agreement.

                    /s/ Paul Croker
                    Richmond M. Enochs    #05972
                    Paul Croker            #21627
                    Wallace, Saunders, Austin, Brown &
                    Enochs, Chtd.
                    10111 West 87th Street
                    Overland Park, KS 66212
                    renochs@wallacesaunders.com
                    pcroker@wallacesaunders.com
                    913-888-1000 (telephone)
                    913-888-1065 (facsimile)

                    Attorneys for Defendant
                    NCO Financial Systems, Inc

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a copy of the within and foregoing Notice of Settlement to be served upon all interested parties electronically via the CM/ECF system to:

> J. Mark Meinhardt
> 4707 College Boulevard, Suite 100
> Leawood, KS  66211-2081
> meinhardtlaw@sbcglobal.net

This 27th day of February, 2012.

/s/ Paul Croker