**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

---

**JOANN HORN**,                                                                 Civil File No. 2:12-cv-2070

      Plaintiff,

vs.                                                                                               **STIPULATION OF DISMISSAL**
                                                                                **WITH PREJUDICE**
**NCO FINANCIAL SYSTEMS, INC.**,

      Defendant.

---

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff JoAnn Horn, and the defendant, NCO Financial Systems, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                                                            Respectfully submitted,

Dated:  <u>April 2, 2012</u>                    By:  <u>/s/J. Mark Meinhardt</u>
                                                            J. Mark Meinhardt #20245
                                                            9400 Reeds Road, Suite 210
                                                           Overland Park, KS 66207
                                                            (913) 451-9797
                                                           (913) 451-6163 (fax)
                                                           ATTORNEY FOR PLAINTIFF

Dated:  <u>April 2, 2012</u>                    By:  <u>/s/Paul Croker</u>
                                                            Richmond M. Enochs, #05972
                                                           Paul Croker, #21627
                                                           Wallace, Saunders, Austin, Brown & Enochs
                                                          10111 West 87th Street
                                                          Overland Park, KS 66212
                                                          (913) 888-1000
                                                          (913) 888-1065 (fax)
                                                          ATTORNEY FOR DEFENDANT